**Order issued October 5, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00996-CR

**RICHARD GOMEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

# ORDER

Appellant's motion for oral argument is **DENIED**.

The State's motion for extension of time to file brief is **GRANTED** and the brief

tendered on August 20, 2012 is **ORDERED** filed as of the date of this order.

MICHAEL J. O'NEILL
JUSTICE